UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CAMPBELL,<br><br>    Plaintiff<br><br>    v.<br><br>G. MURIETTA, et al.,<br><br>    Defendants. | Case No. CV 14-6401-SVW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, and other documents filed in this action, and the Amended Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that Defendants' Motion to Dismiss filed on February 25, 2015 is GRANTED, in part, and DENIED, in part, as follows:

(1) The Motion is GRANTED with respect to Plaintiff's claims for declaratory relief, which are dismissed without leave to amend;

(2) The Motion is GRANTED with respect to Plaintiff's claims for monetary relief against Defendants in their official capacities, which are dismissed with prejudice;

(3) The Motion is DENIED without prejudice with respect to Defendants' request for dismissal on the ground of qualified immunity;

(4) The Motion is DENIED with respect to Plaintiff's Eighth Amendment claims

(5) Within twenty (20) days of this Order, Defendants shall file and serve an Answer to the Complaint.

**IT IS SO ORDERED.**

DATE: October 13, 2015

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE