UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CAMPBELL,<br><br>Plaintiff<br><br>v.<br><br>G. MURRIETTA, et al.,<br><br>Defendants. | Case No. CV 14-6401-SVW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendants' Motion for Summary Judgment [Dkt. 53, "Motion"], all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) The Motion is GRANTED; and

(2) This action is dismissed, without prejudice, for lack of exhaustion.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE:  November 22, 2016

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE