# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CAMPBELL,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>G. MURRIETTA, et al.,<br><br>　　　　Defendants. | Case No. CV 14-6401-SVW (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED THAT this case is dismissed, without prejudice.

DATE: November 22, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE